## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.S., a minor by his parent, P.S., and on his own behalf, | Magistrate Judge Patricia L. Dodge |
| **Plaintiff,** | No. 2:18-cv-1713 |
| v. | |
| Keystone Oaks School District, | |
| **Defendant.** | |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

AND NOW COME the Plaintiffs, J.S., a minor by his parent, P.S., by their attorneys, Kristen C. Weidus, Esq., Toni Haraldsen, Esq., and Ruder Law LLC, and file the following Motion for Summary Judgment. Plaintiffs move for summary judgment on all counts in their Complaint (Doc. 1) pursuant to Federal Rule of Civil Procedure 56(c). In support, Plaintiffs file herewith:

1. Plaintiffs' Memorandum Supporting Their Motion for Summary Judgment,
2. Plaintiffs' Concise Statement of Material Facts,
3. Plaintiffs' Appendix (Volumes 1-9); and
4. Plaintiffs' Proposed Order.

Respectfully submitted,

RUDER LAW, LLC

Date: July 10, 2019    By:    /s/ Kristen C. Weidus
Kristen C. Weidus, Esq.
PA I.D. # 313486
429 Forbes Ave.
Suite 450

Pittsburgh, PA 15219
(412) 281-4959

/s/ Toni Haraldsen
Toni Haraldsen, Esq.
PA I.D. # 318834
429 Forbes Ave.
Suite 450
Pittsburgh, PA 15219
(412) 281-4959